[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1219.]

ROMP ET AL., APPELLEES, *v.* HAIG, APPELLEE; BAUER COMPANY, APPELLANT.

[Cite as *Romp v. Haig*, 1996-Ohio-330.]

*Appeal dismissed as having been improvidently allowed.*

(No. 95-2059—Submitted October 16, 1996—Decided December 11, 1996.)

APPEAL from the Court of Appeals for Hamilton County, No. C-940268.

————————————

*White, Getgey & Meyer Co., L.P.A.,* and *David P. Kamp,* for appellees Kenneth and Debbie Romp.

*Cuni, O'Brien & Ferguson Co., L.P.A., Thomas L. Cuni* and *Amy B. Schott Ferguson,* for appellee D. Thomas Haig.

*Dinsmore & Shohl, Steven H. Schreiber* and *Sara Simrall Rorer,* for appellant.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

————————————